IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CASEY D. MAYER,

      Plaintiff,   No. CIV S-10-1552 GGH P

  vs.

LOUIS REDIX, et al.,

      Defendants.   ORDER

_____/

      Plaintiff, a federal prisoner proceeding pro se, seeks relief pursuant to <u>Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S. Ct. 1999 (1971).[1] By order filed on August 11, 2010, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has filed an amended complaint.

      The amended complaint states a cognizable claim for relief pursuant to *Bivens*, (analogizing to 42 U.S.C. § 1983) and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this

---

[1] As noted in the order of August 11, 2010, generally, "a *Bivens* action is the federal analog to suits brought against state officials under Rev. Stat. § 1979, 42 U.S.C. § 1983." <u>Hartman v. Moore</u>, 547 U.S. 250, 254 n. 2, 126 S. Ct. 1695 (2006); <u>Van Strum v. Lawn</u>, 940 F.2d 406, 409 (9th Cir. 1991) "Actions under § 1983 and those under *Bivens* are identical save for the replacement of a state actor under § 1983 by a federal actor under *Bivens*."

1

1  action.

2         In accordance with the above, IT IS HEREBY ORDERED that:

3         1. Service is appropriate for the following defendants: Dr. Louis Redix; Dr. Ross
4  Quinn; Assistant Health Administrator Louis Sterling; Health Services Administrator Cathy
5  Garrett; Dr. Eduardo Ferriol, Physician's Assistant Roberto Acousta.

6         2. The Clerk of the Court shall send plaintiff six (6) USM-285 forms, one
7  summons, an instruction sheet and a copy of the amended complaint filed September 17, 2010
8  (docket # 9).

9         3. Within thirty days from the date of this order, plaintiff shall complete the
10  attached Notice of Submission of Documents and submit the following documents to the court:

11         a. The completed Notice of Submission of Documents;

12         b. One completed summons;

13         c. One completed USM-285 form for each defendant listed in number 1
14            above; and

15         d. Seven (7) copies of the endorsed amended complaint filed September
16            17, 2010 (docket # 9).

17         4. Plaintiff need not attempt service on defendants and need not request waiver of
18  service. Upon receipt of the above-described documents, the court will direct the United States
19  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
20  without payment of costs.

21  DATED: October 8, 2010

22                              /s/ Gregory G. Hollows

23                              UNITED STATES MAGISTRATE JUDGE

24
    GGH:009
25  maye1552.1amd

26

```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA

CASEY D. MAYER,

        Plaintiff,                        No. CIV S-10-1552 GGH P

    vs.

LOUIS REDIX, et al.,                      NOTICE OF SUBMISSION

        Defendants.                              OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's

order filed _____:

            1       completed summons form

            6       completed USM-285 forms

            7       copies of the September 17, 2010
                                   Amended Complaint
DATED:



                                                _____
                                                Plaintiff
```