IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CASEY D. MAYER,

        Plaintiff,                     No. CIV S-10-1552 GGH P

    vs.

LOUIS REDIX, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed October 8, 2010, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On October 25, 2010, plaintiff submitted the USM-285 forms and copies but failed to provide complete addresses for the defendants on the USM-285 forms.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send plaintiff six (6) USM-285 forms and an instruction sheet; and

/////

1

2. Within twenty-eight days, plaintiff shall submit to the court the completed USM-285 forms required to effect service. Failure to return the completed USM-285 forms within the specified time period will result in a recommendation that this action be dismissed.

DATED: November 1, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
maye1552.8f