IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CASEY D. MAYER,

    Plaintiff,                          No. CIV S-10-1552 KJM GGH P

    vs.

LOUIS REDIX, et al.,

    Defendants.                  ORDER

_____/

        Each of the parties in the above-captioned case has filed a Consent to Proceed Before a United States Magistrate Judge. See 28 U.S.C. § 636(c).

        The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

        IT IS ORDERED that any hearing dates currently set before the undersigned are vacated.

DATED: February 14, 2012.

_____
UNITED STATES DISTRICT JUDGE

1   I am the magistrate judge currently assigned to this case. I accept reference of this
2   case for all further proceedings, including trial and entry of final judgment.
3   IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to the
4   Honorable Gregory G. Hollows. Henceforth, the caption on documents filed in the reassigned
5   case shall be shown as No. CIV S-10-1552 GGH P.
6   DATED: February 15, 2012

　　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
7   　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

8
9   mayw1552.cns